UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:
Gary and Donna Fenwick

Case No. 09-52447-swr
Chapter 13
Hon. Steven wRhodes

_____/

## STIPULATION FOR SUBSTITUTION OF ATTORNEYS

IT IS STIPULATED by and between the parties hereto through their respective counsel Marshall D. Schultz be allowed to substitute his appearance as attorney of record for and behalf of Gary and Donna Fenwick Debtor(s) herein in place and instead of Stuart Rudick

Marshall D Schultz   P38040
24100 Southfield  #203
Southfield , Michign 48075
(248) 559-6930
marshalld.schultz@gmail.com

STUART M. RUDICK (P24176)
24001 Southfield Road, Suite 200
Southfield, Michigan 48075
(248) 559-8774
srudickbanklaw@yahoo.com

Gary FenwickDebtor

Donna Fenwick, Debtor